1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Hartford Underwriters*
   *Insurance Company and Hartford Accident*
8  *and Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE JOHNSON, individually, and HAZEL JOHNSON, individually; | Case No. 2:18-cv-00417-MMD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | **(FIRST REQUEST)** |
| HARTFORD UNDERWRITERS INSURANCE COMPANY d/b/a THE HARTFORD; HARTFORD ACCIDENT AND INDEMNITY COMPANY; EDWARD GOBEL, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiffs Eddie Johnson and Hazel Johnson, and Defendants, Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company (collectively **Hartford**), hereby stipulate and agree that Harford shall have an additional nine (9) days, up to and including **March 23, 2018**, to file a responsive pleading to Plaintiffs' Complaint, which is currently due on March 14, 2018.

44401895;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 14th day of March, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF CORY J. HILTON** |
|---|---|
| _/s/ Jamie K. Combs_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company* | _/s/ Joseph R. Smith_____<br>CORY J. HILTON, ESQ.<br>Nevada Bar No. 4290<br>JOSEPH R. SMITH, ESQ.<br>Nevada Bar No. 13961<br>5545 S. Mountain Vista Street, Suite F<br>Las Vegas, NV 89120<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
**Cam Ferenbach**
**United States Magistrate Judge**

DATED: __3-27-2018_____

44401895;1