DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Hartford Underwriters*
*Insurance Company and Hartford Accident*
*and Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE JOHNSON, individually, and HAZEL JOHNSON, individually;<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY d/b/a THE HARTFORD; HARTFORD ACCIDENT AND INDEMNITY COMPANY; EDWARD GOBEL, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00417-MMD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR REMAND**<br><br>**(FIRST REQUEST)** |

Plaintiffs Eddie Johnson and Hazel Johnson, and Defendants, Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company (collectively **Hartford**), hereby stipulate and agree that Harford shall have an additional two (2) days, up to and including **April 6, 2018**, to file an opposition to Plaintiffs' motion for remand, ECF No. 7, currently due on April 4, 2018.

. . .

. . .

44827888;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 4th day of April, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF CORY J. HILTON** |
|---|---|
| _/s/ Jamie K. Combs_<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company* | _/s/ Joseph R. Smith_<br>CORY J. HILTON, ESQ.<br>Nevada Bar No. 4290<br>JOSEPH R. SMITH, ESQ.<br>Nevada Bar No. 13961<br>5545 S. Mountain Vista Street, Suite F<br>Las Vegas, NV 89120<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

DATED: April 5, 2018

44827888;1