**SAO**
CORY J. HILTON, ESQ.
Nevada Bar No. 004290
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 013961
**LAW OFFICES OF CORY J. HILTON**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

**\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| EDDIE JOHNSON, individually, and HAZEL JOHNSON, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY d/b/a THE HARTFORD; HARTFORD ACCIDENT AND INDEMNITY COMPANY; EDWARD GOBEL, individually; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.    2:18-cv-00417-MMD-VCF<br><br>**<u>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (SECOND REQUEST)</u>** |

Plaintiffs Eddie Johnson and Hazel Johnson, and Defendants, Hartford Underwriters

Insurance Company and Hartford Accident and Indemnity Company (collectively **Hartford**), hereby

stipulate and agree that Plaintiff's shall have an additional fourteen (14) days, up to and including **May**

**18, 2018**, to file a response to Defendant's Motion to Dismiss, ECF No. 15, filed on April 6, 2018 and

currently due on May 4, 2018.

///

///

///

1

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party and is made for the purpose of promoting settlement between the parties.

DATED this 4<u>th</u> day of May, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **LAW OFFICES OF CORY J. HILTON** |

| | |
|---|---|
| _____/s/ Jamie K. Combs_____ | _____/s/ Joseph R. Smith_____ |
| DARREN T. BRENNER, ESQ. | CORY J. HILTON, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 4290 |
| JAMIE K. COMBS, ESQ. | JOSEPH R. SMITH, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 13961 |
| 1635 Village Center Circle, Suite 200 | 5545 S. Mountain Vista Street, Suite F |
| Las Vegas, NV 89134 | Las Vegas, NV 89120 |
| _Attorneys for Hartford Underwriters_ | _Attorneys for Plaintiffs_ |
| _Insurance Company and Hartford Accident_ | |
| _and Indemnity Company_ | |

**IT IS SO ORDERED**

_____
**DISTRICT COURT JUDGE**

**Dated:** May 7, 2018 _____