**SAO**
CORY J. HILTON, ESQ.
Nevada Bar No. 004290
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 013961
**LAW OFFICES OF CORY J. HILTON**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**********

| | |
|---|---|
| EDDIE JOHNSON, individually, and HAZEL JOHNSON, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY d/b/a THE HARTFORD; HARTFORD ACCIDENT AND INDEMNITY COMPANY; EDWARD GOBEL, individually; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00417-MMD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FOURTH REQUEST)** |

Plaintiffs Eddie Johnson and Hazel Johnson, and Defendants, Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company (collectively **Hartford**), hereby stipulate and agree that Plaintiff's shall have an additional fourteen (14) days, up to and including **June 15, 2018**, to file a response to Defendant's Motion to Dismiss, ECF No. 15, filed on April 6, 2018 and currently due on June 1, 2018.

///

///

///

1

1 | This is the parties' third request for an extension of this deadline and is not intended to cause any
2 | delay or prejudice to any party and is made for the purpose of promoting settlement between the parties.
3 | DATED this 1st day of May, 2018.

| AKERMAN LLP | LAW OFFICES OF CORY J. HILTON |
|---|---|
| /s/ Jamie K. Combs | /s/ Joseph R. Smith |
| DARREN T. BRENNER, ESQ. | CORY J. HILTON, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 4290 |
| JAMIE K. COMBS, ESQ. | JOSEPH R. SMITH, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 13961 |
| 1635 Village Center Circle, Suite 200 | 5545 S. Mountain Vista Street, Suite F |
| Las Vegas, NV 89134 | Las Vegas, NV 89120 |
| *Attorneys for Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company* | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED**

_____
DISTRICT COURT JUDGE

**Dated:** June 1, 2018