DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Hartford Underwriters*
*Insurance Company and Hartford Accident*
*and Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDIE JOHNSON, individually, and HAZEL JOHNSON, individually;<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY d/b/a THE HARTFORD; HARTFORD ACCIDENT AND INDEMNITY COMPANY; EDWARD GOBEL, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00417-MMD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Eddie Johnson and Hazel Johnson, and Defendants, Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company (collectively the **Hartford Defendants**), by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

45385023;1

*Eddie Johnson and Hazel Johnson v. Hartford Underwriters Insurance Company*
*2:18-cv-00417-MMD-VCF*

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 7th day of June, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF CORY J. HILTON** |
|---|---|
| /s/ *Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Hartford Underwriters Insurance Company and Hartford Accident and Indemnity Company* | /s/ *Joseph R. Smith* <br> CORY J. HILTON, ESQ. <br> Nevada Bar No. 4290 <br> JOSEPH R. SMITH, ESQ. <br> Nevada Bar No. 13961 <br> 5545 S. Mountain Vista Street, Suite F <br> Las Vegas, NV 89120 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** June 7, 2018

45385023;1